# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
FOREST LAKE COUNTRY CLUB

**DEFENDANTS**
FIREMEN'S FUND INSURANCE COMPANY

**(b)** County of Residence of First Listed Plaintiff   OAKLAND
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   STATE OF ILLINOIS
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jason J. Liss (P48742) Fabian, Sklar, King & Liss P.C.
33450 W. 12 Mile Rd.
Farmington Hills, MI 48331

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [x] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | | | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| | | | | [ ] 864 SSID Title XVI | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC § 1332, 28 USC §§ 2201 and 2202
Brief description of cause:
Claim for insurance proceeds

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** >75,000.00

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: October 20, 2025

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?     ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FOREST LAKE COUNTRY CLUB,

        Plaintiffs,

vs.                                              Case No. 25-cv-
                                                      Hon.

FIREMAN'S FUND INSURANCE COMPANY,

        Defendant.
_____/

## **COMPLAINT**

NOW COMES Plaintiff, FOREST LAKE COUNTRY CLUB, by and through its attorneys, FABIAN, SKLAR, KING & LISS, P.C., and for its Complaint against Defendant, FIREMAN'S FUND INSURANCE COMPANY, states unto this Honorable Court as follows:

1. Plaintiff, FOREST LAKE COUNTRY CLUB, is a Michigan nonprofit corporation, licensed to conduct business in the State of Michigan, whose principle place of business is in Bloomfield Hills, Michigan and therefore is a citizen of the State of Michigan.

2. Defendant, FIREMAN'S FUND INSURANCE COMPANY, is a foreign corporation, licensed to conduct business in the State of Michigan, which, upon information and belief, is a corporation organized and existing under the laws of the State of Illinois, whose principal place of business is located in Chicago, IL,

and therefore is believed to be a citizen of the State of Illinois.

3. The facts giving rise to this Complaint occurred in the Eastern District of Michigan.

4. The amount in controversy between the parties exceeds the sum of Seventy-Five Thousand ($75,000.00) Dollars exclusive of costs and interest.

5. The Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 due to the amount in controversy and the parties' diversity of citizenship.

6. At all relevant times, Plaintiff was the named insured or otherwise entitled to insurance benefits pursuant to commercial insurance policy no. TGA07326603-01 ("the Policy"), effective November 1, 2023 to November 1, 2024, issued by Defendant, a copy of which is in Defendant's possession, which insured Plaintiff's Covered Property at 1401 Club Drive in Bloomfield Hills, Michigan against direct physical loss or damage caused by or resulting from any Covered Cause of Loss.

7. The Policy is a fire insurance contract within the meaning of Mich. Comp. Laws § 500.2833.

8. On or about April 15, 2024, while the Policy was in effect, a Covered Cause of Loss caused direct physical loss or damage to Plaintiff's Covered Property at 1401 Club Drive in Bloomfield Hills, Michigan.

9. Upon discovery, Plaintiff timely made a claim to Defendant and submitted satisfactory proof of loss.

10. On August 27, 2024, in breach of the parties insurance contract, Defendant wrongfully denied coverage for Plaintiff's claim.

11. As a direct and proximate result of Defendant's breach of the parties' insurance contract, Defendant remains indebted to Plaintiff for its insured losses, and for its incidental and consequential damages that were in the contemplation of the parties at the time the insurance contract was made, or which are the natural and usual consequence of a breach of a policy of property insurance.

12. Pursuant to Mich. Comp. Laws § 500.2833(1)(m) and the Policy's terms, Plaintiff demands appraisal to conclusively establish the amount of loss.

13. Mich. Comp. Laws § 500.2006 provides for the addition of 12% interest on claims where the Defendant insurer has failed to pay the claim within 60 days of receiving satisfactory proof of loss.

14. Pursuant to Mich. Comp. Laws § 500.2006, Plaintiff is entitled to 12% interest on all amounts owing under the Policy that Defendant failed to timely pay.

WHEREFORE Plaintiff, FOREST LAKE COUNTRY CLUB, respectfully requests this Honorable Court to enter a judgment in their favor and against Defendant, FIREMAN'S FUND INSURANCE COMPANY, which includes the following:

3

  A. establishing liability under the Policy in favor of Plaintiff and against Defendant for the loss and damage caused by or resulting from the April 15, 2024 loss;

  B. ordering that Plaintiff's claim be submitted to statutory appraisal if the parties are unable to agree on the amount of loss;

  C. granting a money judgment in favor of Plaintiff and against Defendant for the amount owing on the appraisal award;

  D. awarding of all incidental and consequential damages, if any, incurred by Plaintiff that were in the contemplation of the parties at the time the insurance contract was made, or which are the natural and foreseeable consequence of a breach of a property insurance contract;

  E. awarding of 12% interest pursuant to Mich. Comp. Laws § 500.2006 in Plaintiff's favor for all amounts Defendant failed to timely pay;

  F. awarding statutory interest, taxable costs, and attorney fees to which Plaintiff may be entitled, if any; and

  G. awarding all such other relief as the Court deems just in equity and good conscience.

Respectfully submitted,

*/s/ Jason J. Liss*

Jason J. Liss (P48742)
Fabian, Sklar, King & Liss, P.C.

4

                                              Attorneys for Plaintiff
                                              33450 W. Twelve Mile Road
                                              Farmington Hills, Michigan 48331-3350
                                              (248) 553-2000
                                              jliss@fabiansklar.com

Dated:  October 20, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FOREST LAKE COUNTRY CLUB,

        Plaintiffs,

vs.                                              Case No. 25-cv-
                                                      Hon.

FIREMAN'S FUND INSURANCE COMPANY,

        Defendant.
_____/

## JURY DEMAND

NOW COMES Plaintiff, FOREST LAKE COUNTRY CLUB, by and through its attorneys, FABIAN, SKLAR, KING & LISS, P.C., and hereby demands a jury trial in the above-captioned cause of action.

        Respectfully submitted,

        */s/ Jason J. Liss*

        _____
        Jason J. Liss (P48742)
        Fabian, Sklar, King & Liss, P.C.
        Attorneys for Plaintiff
        33450 W. Twelve Mile Road
        Farmington Hills, Michigan 48331-3350
        (248) 553-2000
        jliss@fabiansklar.com

Dated: October 20, 2025